**Order entered September 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00559-CV

## IN THE INTEREST OF P.M.B. AND P.M.B., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-51950-2013**

## ORDER

By letter dated August 31, 2020, appellant informed the Court that she requested the reporter's record on August 28, 2020. Accordingly, the reporter's record shall be filed by **September 27, 2020**.

/s/    KEN MOLBERG
JUSTICE